IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMINGUS HUMPHREY,          )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       2:14cv1055-MHT
                            )           (WO)
JAMAAL HARRIS and MICHAEL   )
CROXTON,                    )
                            )
    Defendants.             )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 22), it is the ORDER, JUDGMENT, and DECREE of the court that this lawsuit is dismissed in its entirety with prejudice and with all parties to bear their own costs and attorney's fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of January, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE